UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**In re:**

**Hauser, Inc.,**

Debtor.
_____/

Case No. 22-47028-MLO
Chapter 11
Hon. Maria L. Oxholm

# ORDER GRANTING
# DEBTOR'S *EX-PARTE* MOTION TO
# SET ASIDE OR RECONSIDER CLOSING OF CASE OR,
# IN THE ALTERNATIVE, TO REOPEN BANKRUPTCY CASE

Upon Debtor's Motion to Set Aside or Reconsider Closing of the Case or, in the Alternative, to Reopen Bankruptcy Case ("<u>Motion</u>")[1]; it appearing that the relief requested does not affect any parties' substantive rights; the relief requested being permitted on an *ex-parte* basis under Local Rule 5010-1; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED**:

1. The Motion is **GRANTED** as set forth below.

2. The final decree administratively closing this case is hereby set aside.

3. The case shall remain open until August 29, 2023, the date set in the Plan as the Administrative Claims Bar Date. If no Administrative Claims are filed on or before August 29, 2023, the case shall be promptly closed.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

4. If Administrative Claims are filed on or before August 29, 2023, the case shall remain open until the Court has reviewed and entered an order allowing or disallowing the Administrative Claims, and then shall be promptly closed.

**Signed on August 21, 2023**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge